# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LAWRENCE PROSPER

VERSUS

VALLUZZO COMPANIES, LLC, AND
VALLUZZO MANAGEMENT, LLC

NO. 2019 CW 0790

**NOV 2 5 2019**

In Re: Valluzzo Companies, LLC, Valluzzo Management, LLC, and Valman Brusly, LLC, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 632937.

**BEFORE: McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

> JMM
> MRT
> WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT